# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-00058 |
| Mario Timothy Hodges, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on April 17, 2025, at 1:45 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court