IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR** |
| ) | **RECONSIDERATION OF ORDER OF** |
| vs. ) | **DETENTION** |
| ) | |
| Mario Timothy Hodges, ) | Case No. 1:25-cr-058 |
| ) | |
| Defendant. ) | |

Defendant is currently in Marshals Service custody at the McLean County Detention Center. On May 16, 2025, he filed a Motion for Reconsideration of Order of Detention. (Doc. No. 23). He requested to be released to the Hope and Healing Addiction Treatment Centers' ("H&H") inpatient treatment facility in Gilbert, Arizona. He advised that the Good Road Recovery will make the necessary travel arrangements.

On May 22, 2025, the court held a hearing on Defendant's motion. (Doc. No. 26). For the reasons articulated on the record, the court finds that a placement at H&H with conditions will reasonably assure Defendant's future appearance and the safety of the community. Accordingly, the court **GRANTS** Defendant's motion. (Doc. No. 23).

Defendant shall provide the court and the Pretrial Services Office with his flight information. Defendant shall be released no earlier than four hours prior to the scheduled departure of his flight to Arizona to the custody of a member of the Good Road Recovery Center's transport team for transport to the Bismarck airport. Upon arriving in Arizona, Defendant shall immediately report to H&H. While on release Defendants shall comply with the following additional conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Upon arriving at H&H, Defendant shall contact Pretrial Services Officer Stephanie Cherney at (701) 530-2396. Defendant shall thereafter report to the Pretrial Services Officer at such times and in such manner as designated by the Pretrial Services Office.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall reside at H&H's facility in Gilbert, Arizona, fully participate in its programming, and comply with all of its rules and regulations.

Any passes allowed by H&H must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from H&H, he must immediately return to the District of North Dakota and surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of his anticipated completion

date so the court may schedule a hearing to review Defendant's release status.

(7)   At least four days before his discharge from H&H's treatment program, or if terminated from H&H's treatment program, Defendant shall provide the court with his travel itinerary back to North Dakota.

(8)   Defendant shall not obtain a passport and other foreign travel document(s).

(9)   Defendant must submit to the location restriction program and comply with its requirements as directed by the Pretrial Services Officer:

Curfew: Defendant is restrict his residence from 11:00 PM to 5:00 AM, or as directed by the Pretrial Services Officer.

Defendant must submit to the following location monitoring technology and comply with its requirements as directed: location monitoring technology as directed by and at the discretion of the Pretrial Services officer.

(10)   Defendant shall not have any unsupervised contact with anyone under the age of 18.

(11)   Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Should Defendant be unable to travel to Arizona as anticipated, he shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2025.

*Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
